Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Chandra S. Andrade (State Bar No. 271769)
candrade@fbm.com
Jeffrey G. Briggs (State Bar No. 323790)
jbriggs@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEREE CARRASQUILLO, an individual,,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)**<br><br>[KERN COUNTY SUPERIOR COURT. CASE NO. BCV-22-100692]<br><br>Date Action Filed:  March 24, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF DEMEREE CARRASQUILLO:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon"), pursuant to 28 U.S.C. § 1441(b), hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Kern.

**I.     FACTUAL AND PROCEDURAL BACKGROUND**

On March 24, 2022, Plaintiff DEMEREE CARRASQUILLO ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Kern, entitled *DEMEREE CARRASQUILLO v. AMAZON.COM SERVICES LLC*, Case No. BCV-22-100692.  A true and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

42200\14912276.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the "Complaint").

In her Complaint, Plaintiff alleges five[1] causes of action against Amazon: (1) Discrimination Based on Disability in Violation of California Government Code Sections 12900 et. seq.; (2) Violations of Labor Code Sections 233, 234, 246, &246.5; (3) Violations of Labor Code Sections 1102.5(b) and (c); (4) Wrongful Termination in Violation of Public Policy; and (5) Intentional Infliction of Emotional Distress. *See* **Exh. A**. Plaintiff seeks general damages, special damages, reasonable attorney's fees, costs of suit incurred, equitable relief, and other and further relief as the Court may deem just and proper. *See* **Exh. A** at pp. 21-22.

On June 13, 2022, Amazon was served with Plaintiff's Complaint. On July 12, 2022, Amazon answered Plaintiff's Complaint in state court. *See* **Exhibit B** (Amazon.com Services LLC's Answer to Plaintiff 's Unverified Complaint).

## II.  THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).

## III.  THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]"). First, Plaintiff and Amazon are citizens of different states. Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all relevant times. *See* **Exh. A** at ¶ 1, pg. 3.

Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "a limited liability corporation is a citizen of all of the states of which its

---

[1] The caption page of Plaintiff's Complaint purportedly alleges six causes of action, pleading two separate causes of action for (1) Violations of California Labor Code sections 233 and 234; and (2) Violations of California Labor Code sections 246 and 246.5. However, the body of the Complaint combines these causes of action into one, pleading only five causes of action.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2
DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

42200\14912276.1

1  owners/members are citizens." *Lindley Contours LLC v. AABB Fitness Holdings, Inc.*, 414 Fed.
2  Appx. 62, 64 (9th Cir. 2011) (citation omitted).  At all times relevant to this action, Amazon's
3  corporate headquarters and principal place of business has been in Seattle, Washington, and
4  Amazon is now and has been organized under the laws of the State of Delaware.  *See* **Exhibit C**
5  (California Secretary of State Statement of Information for Amazon.com Services LLC listing
6  principal office in Seattle, Washington and organized under Delaware law).

7        Amazon's only member is Amazon.com Sales, Inc., which is a Delaware corporation with
8  its corporate headquarters and principal place of business in Washington.  *See* **Exhibit D**
9  (Washington Secretary of State Annual Report for Amazon.com Sales, Inc. listing principal office
10 in Seattle, Washington and incorporation in Delaware).  Under 28 U.S.C. § 1332(c), a corporation
11 "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated
12 and of the State or foreign state where it has its principal place of business[.]"  Amazon.com Sales,
13 Inc. is a wholly owned subsidiary of parent company Amazon.com Inc.  Amazon.com, Inc. is a
14 Delaware corporation with its corporate headquarters and principal place of business in
15 Washington.  *See* **Exhibit E** (Washington Secretary of State Annual Report for Amazon.com, Inc.
16 listing principal office in Seattle, Washington and incorporation in Delaware).  Thus, diversity of
17 citizenship exists.

18       In addition, the amount in controversy exceeds $75,000.  Though Amazon denies that
19 Plaintiff is entitled to any damages, Plaintiff seeks general damages, special damages, punitive
20 damages, attorney's fees, and more.  *See* **Exh. A** at pp. 21-22.  California federal courts have
21 routinely found that the amount-in-controversy requirement is satisfied in cases with similar
22 claims.  *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL
23 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in
24 wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress
25 damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-
26 CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-
27 controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional
28 distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3

42200\14912276.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S.C. §1441(b)

1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees).  Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.   VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  This Court embraces the Superior Court of the State of California for the County of Kern, which is where Plaintiff's Complaint was originally filed.  Accordingly, this Court is the appropriate court to which to remove this action.

## V.   NOTICE OF REMOVAL

Amazon will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Kern.

## VI.   CONCLUSION

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441(b).  Having fulfilled all statutory requirements, Amazon removes this action from the Superior Court of California, County of Kern to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated:  July 13, 2022                           FARELLA BRAUN + MARTEL LLP


By: _____/s/ *Douglas E. Dexter*_____
          Douglas E. Dexter

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4
DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

42200\14912276.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On July 13, 2022, I served true copies of the following document(s) described as **DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(B)** on the interested parties in this action as follows:

Karl Gerber
Ann Guleser
Employment Lawyers Group
13418 Ventura Boulevard
Sherman Oaks, California 91423

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Farella Braun + Martel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2022, at Novato, California.

_____
Anna S. Fuller

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

42200\14912276.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)